# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES BECOAT,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70443

**FILED**

JUL 13 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of habeas corpus in which petitioner challenges the validity of his judgment of conviction and the conditions of his confinement. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. A challenge to the validity of the judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed in the district court in the first instance.[1] NRS 34.724(2)(b); NRS 34.738(1). A challenge to the conditions of confinement is outside the scope of claims permissible in a petition for a writ of habeas corpus. *See Bowen v. Warden*, 100 Nev. 489, 686 P.2d 250 (1984). Accordingly, we

ORDER the petition DENIED.[2]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

[2]We further deny the motion and affidavit to grant certiorari and appeal.

16-21844

cc:  Charles Becoat
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk